McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
OCT 18 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY S. MARTIN-GILL
DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18 CR 00233 LJO SKO |
| Plaintiff, | |
| v. | 18 U.S.C. § 1343 – Wire Fraud (2 counts); 18 U.S.C. § 912 – False Impersonation of Federal Officer (1 count); 18 U.S.C. § 2261A(2)(B) – Stalking (1 count); 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |
| IVAN ISHO, | |
| Defendant. | |

INDICTMENT

COUNTS ONE THROUGH TWO:   [18 U.S.C. § 1343 – Wire Fraud]

The Grand Jury charges:

IVAN ISHO,

defendant herein, as follows:

I. **SCHEME TO DEFRAUD**

1.   From approximately September 27, 2016 until in or about April 2017, within the State and Eastern District of California and elsewhere, defendant IVAN ISHO knowingly devised, intended to devise, participated in, and executed a material scheme and artifice to defraud individuals of their money and property, and to obtain money and property from individuals by means of materially false and fraudulent pretenses, representations, and promises.

## II.  MANNER AND MEANS

2. The scheme to defraud was carried out using, among others, the following manner and means:

3. Defendant ISHO induced A.D. and S.D. to send money to the defendant based on the materially false and fraudulent representation that he was a Special Agent with the Federal Bureau of Investigation (FBI) and could help A.D. and S.D. procure immigration visas for three family members to be able to travel into the United States from a location overseas. ISHO has never been an FBI Agent.

4. A.D. and S.D. are married, and at all times relevant to the events described herein, they resided in Stanislaus County, in the State and Eastern District of California.

5. In or about September 2016, A.D. and S.D. learned that the defendant IVAN ISHO could potentially help obtain visas and thereafter arranged for an in-person meeting with ISHO.

6. On or about September 27, 2016, A.D. and S.D. met with ISHO at their home in Stanislaus County, California. ISHO confirmed with A.D. and S.D. that he could obtain visas for the three family members. Specifically, ISHO falsely advised that he could assist based upon his position with the FBI. ISHO further showed A.D. and S.D. counterfeit FBI credentials to bolster his false claims.

7. During the meeting on or about September 27, 2016, ISHO advised A.D. and S.D. that he needed various amounts of money for background checks and airplane tickets. A.D. and S.D. paid the requested amounts to ISHO in cash, totaling approximately $2,330, in or about October and November 2016.

8. Between October and November 2016, following the initial in-person meeting, ISHO informed A.D. and S.D. that he needed additional funds for airplane tickets. A.D. and S.D. again paid the requested amount in cash, totaling approximately $1,195.

9. During the Thanksgiving holiday in 2016, at the home of A.D. and S.D., ISHO falsely reiterated his affiliation with the FBI. ISHO showed A.D. and S.D. a handgun which he wore on his person and also claimed to be carrying a second firearm on his ankle. ISHO further falsely stated that the family members for whom ISHO was procuring the visas would be immigrating to the United States sometime in December 2016.

10. In or about January 2017, ISHO requested additional funds from A.D. and S.D. for the

false purpose of allowing one of the family members purportedly obtaining a visa to obtain a waiver of the required physical examination. ISHO falsely explained that doing so would expedite the visa process. A.D. and S.D. wired the requested amount, totaling approximately $750.

11. Based upon ISHO's false and fraudulent pretenses, representations, and promises between February 2017 and March 2017, A.D. and S.D. transmitted money via wire transmission to ISHO using Walmart's money transmission service, Ria Financial. The service can be used to transmit money from individuals in one Walmart retail store to other individuals in another Walmart retail store.

12. In or about April 2017, ISHO informed A.D. and S.D. that the anticipated travel date for the family members for whom the visas were sought was May 5, 2017.

13. No immigration visas were issued for A.D. and S.D's family members and ISHO did not return any of A.D. and S.D.'s funds.

14. At all times, in carrying out the scheme, defendant IVAN ISHO acted with intent to defraud. During the course of the scheme, the defendant caused A.D. and S.D. to make payments of more than $6,000 based on his material false and fraudulent pretenses, representations, and promises.

### III.   USE OF WIRE TRANSMISSION

15. On or about the dates set forth below, in the State and Eastern District of California and elsewhere, for the purpose of executing the aforementioned scheme and artifice to defraud, defendant IVAN ISHO knowingly transmitted and caused to be transmitted by means of wire and radio communication in interstate and foreign commerce, the following writings, signs, signals, pictures, and sounds:

| Count | Date of Wire | Description | Sender | Receiver |
|---|---|---|---|---|
| 1 | 02/28/2017 | Wire transmission of monies in the amount of $780 from Walmart in Ceres, California to Walmart in Skokie, Illinois, order number US890104343 | S.D., of Ceres, California | IVAN ISHO, of Skokie, Illinois |
| 2 | 03/03/2017 | Wire transmission of monies in the amount of $350 from Walmart in Ceres, California to Walmart in Skokie, Illinois, order number US913745743 | S.D., of Ceres, California | IVAN ISHO, of Skokie, Illinois |

INDICTMENT

3

All in violation of Title 18, United States Code, Section 1343.

COUNT THREE:     [18 U.S.C. § 912 – False Impersonation of Federal Officer]

The Grand Jury further charges:

IVAN ISHO,

defendant herein, as follows:

16. Paragraphs one through fifteen above are incorporated by reference as though fully set forth herein.

17. On or about September 27, 2016 and on or about November 24, 2016, within the State and Eastern District of California and elsewhere, defendant IVAN ISHO did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a Special Agent of the Federal Bureau of Investigation, and in such assumed and pretended character with intent to defraud did falsely demand and obtain money and things of value in the amount of more than $6,000 from A.D. and S.D., in violation of Title 18, United States Code, Section 912.

COUNT FOUR:     [18 U.S.C. § 2261A(2)(B) – Stalking]

The Grand Jury further charges:

IVAN ISHO,

defendant herein, as follows:

18. Beginning in or about April 2017 until in or about April 2018, in the State and Eastern District of California and elsewhere, with the intent to injure, harass, and intimidate another person, N.M., defendant IVAN ISHO used an interactive computer service, electronic communication service, and electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, to wit: defendant IVAN ISHO used the telephone, internet, and internet-based social media applications to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to N.M., in violation of Title 18, United States Code, Section 2261A(2)(B).

FORFEITURE ALLEGATION:    [18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

Upon conviction of one or more of the offenses alleged in Counts One through Two of this Indictment, defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all property, real and personal, which constitutes or is derived from proceeds traceable to such violations, including, but not limited to:

    a. A sum of money equal to the amount of proceeds traceable to such offenses, for which defendant is convicted.

If any property subject to forfeiture as a result of the offenses alleged in Counts One through Two of this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

McGREGOR W. SCOTT
United States Attorney

**KIRK E. SHERRIFF**
KIRK E. SHERRIFF,
Assistant United States Attorney,
Chief, Fresno Office

INDICTMENT                              5