No. _____

1:18CR 00233 LJO SKO

FILED
OCT 18 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK
S. MARTIN-GILL

## UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

vs.

IVAN ISHO

SEALED

### INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 1343 – Wire Fraud (2 counts); 18 U.S.C. § 912 – False Impersonation of Federal Officer (1 count); 18 U.S.C. § 2261A(2)(B) – Stalking (1 count); 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*

_____/s/_____
*Foreman.*

*Filed in open court this* _____ *day*

*of* _____, *A.D. 20* _____

_____
*Clerk.*

*Bail, $* _____

NO BAIL WARRANT

*[signature]*

GPO 863 525

AO 257 (Rev. 9/92)
SEALED
Case 1:18-cr-00233-DAD-SKO Document 1-1 Filed 10/18/18 Page 2 of 3
\_ YES: SAB conflict in USAO (before 01/01/13) \_ YES: SKO conflict in USAO (Before 4/12/10) PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING: Case No.

**OFFENSE CHARGED**
Please see Indictment

PLEASE SEE INDICTMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense: Fresno County

U.S.C. Citation: Please see Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)

**DEFENDANT – – U.S. vs.**
Ivan Isho

Address

1:18 CR 00233 LJO SKO

Birth Date

☒ Male ☐ Alien
☐ Female (if applicable)

(Optional unless a juvenile)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Special Agent Ito/FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant

} SHOW DOCKET NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under ▶

MAGISTRATE JUDGE CASE NO.

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☒ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed
Mo. Day Year

**DATE OF ARREST** ▶
Or . . . if Arresting Agency & Warrant were not Federal
Mo. Day Year

**DATE TRANSFERRED TO U.S. CUSTODY** ⇨

☐ This report amends AO 257 previously submitted

Name and Office of Person Furnishing Information on THIS FORM: Lynette Dixon
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Laura Withers

☒ FORFEITURE ALLEGATION

ADDITIONAL INFORMATION OR COMMENTS

Please issue no bail warrant

**SEALED**

PENALTY SLIP – 1:18 CR 00233 LJO SKO

IVAN ISHO

LDW
AUSA Initial

**COUNTS ONE THROUGH TWO:**

    VIOLATION:     18 U.S.C. 1343 (Wire Fraud)

    PENALTY:     20 years maximum term of imprisonment,
    $250,000 fine;
    3 years supervised release
    $100 special assessment (each count)

**COUNT THREE:**

    VIOLATION:     18 U.S.C. 912 (False Impersonation of a Federal Officer)

    PENALTY:     3 years maximum term of imprisonment,
    $250,000 fine;
    1 year supervised release
    $100 special assessment

**COUNT FOUR:**

    VIOLATION:     18 U.S.C. 2261A(2)(B) (Stalking)

    PENALTY:     5 years maximum term of imprisonment,
    $250,000 fine;
    3 years supervised release
    $100 special assessment