McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00233-LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | MOTION AND ORDER TO UNSEAL INDICTMENT |
| IVAN ISHO, | |
| Defendant. | |

The Indictment in this case, having been sealed by Order of the Court on October 18, 2018, and it appearing that it no longer need remain secret, The United States of America, by and through McGregor W. Scott, United States Attorney, and Laura D. Withers, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record.

Dated: October 23, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ LAURA D. WITHERS
LAURA D. WITHERS
Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>IVAN ISHO,<br><br>                Defendant. | CASE NO.<br><br>ORDER TO UNSEAL INDICTMENT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on October 18, 2018 be unsealed and become public record.

IT IS SO ORDERED.

Dated: __**October 23, 2018**__            /s/ *Sheila K. Oberto*
                                                           UNITED STATES MAGISTRATE JUDGE