JOHN MEYER
225629
854 S. Kenneth Ave.
Kerman, CA 93630
Telephone: (559) 385-1565

Attorney for Ivan Isho

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00233-LJO |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF TRIAL; FINDINGS AND ORDER |
| v. | |
| IVAN ISHO | DATE: January 29, 2020<br>TIME: 8:30 p.m.<br>COURT: Hon. Lawrence J. O'Neill |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for trial on January 29th, 2020 at 8:30 p.m.

2. By this stipulation, defense now moves to continue the trial until February 25th, 8:30 a.m. The parties agree and stipulate, and request that the Court find the following:

   a) An expert for defense needs to examine Mr. Isho, and report his findings to counsel. This examination will take place on December 9th, and is vital for defense preparation, as well as developing mitigating information for both plea and sentencing.

   b) Defense counsel intended for the examination to take place sooner, however, there is only one interpreter available in California that interprets for the Assyrian language, which is defendant's first language. The expert and interpreter's schedule did not allow for the examination to take place sooner.

   c) Counsel for defendant believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, as well as deprive Mr. Isho the ability to negotiate using all available information without risking the one

point available to him if the government does not need to prepare for trial.

   d)  The government does not object to the continuance.

   e)  Based on the above-stated findings, time is excluded to the 25th of February for defense preparation and negotiation, and because the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a speedy trial pursuant to Title 18, United States Code, Section 3161(h)(1)(A), (7)(A), (B)(iv) and Local Code T4.

IT IS SO STIPULATED.

Dated: December 6, 2019         McGREGOR W. SCOTT
                      United States Attorney

                      /s/ Laura Withers
                      Laura Withers
                      Assistant United States Attorney

Dated: December 6, 2019         /s/ JOHN MEYER
                      JOHN MEYER
                      Counsel for Defendant
                      Ivan Isho

**FINDINGS AND ORDER**

IT IS SO FOUND

IT IS SO ORDERED.

 Dated: **December 9, 2019**      **/s/ Lawrence J. O'Neill**
                      UNITED STATES CHIEF DISTRICT JUDGE