John Meyer
16024 W. Brian Ave.
Kerman, CA. 93630
559-385-1565
JMeyer@Meyerlrs.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>IVAN ISHO,<br><br>    Defendant | Case No.: 1:18-cr-00233-LJO<br><br>SEALING ORDER |

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Defendant's competency examination by Dr. Howard Glidden in this case shall be filed under seal until further order of the court as they contain confidential information concerning confidential medical records.

IT IS SO ORDERED.

Dated: **January 31, 2020**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE