McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>IVAN ISHO,<br><br>      Defendant. | CASE NO. 1:18-CR-00233-NONE-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE: March 13, 2020<br>TIME: 8:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 13, 2020.

2. By this stipulation, the parties now move to continue the status conference until May 18, 2020, and to exclude time between March 13, 2020, and May 18, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

  a) By stipulation, the parties previously vacated the trial date in this matter in order

STIPULATION TO CONTINUE STATUS CONFERENCE      1

to place the defendant in a suitable facility to receive a psychiatric or psychological examination to determine his mental competency to stand trial.

  b) The defendant has been assigned to, and is presently en route to a suitable facility, but the requested mental competency examination will not occur before the previously-set March 13, 2020 status conference.

  c) The parties therefore request a continuance of the status conference to allow time for the ordered examination of the defendant to take place and the resultant report to be prepared and provided to the parties.

  d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 13, 2020 to May 18, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  f) Exclusion of time is also appropriate pursuant to 18 U.S.C. § 3161(h)(1)(A), for "delay resulting from any proceeding, including any examinations, to determine the mental competency . . . of the defendant."

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 27, 2020　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　/s/ LAURA D. WITHERS
　　　　　　　　　　　　　　　　LAURA D. WITHERS
　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: February 27, 2020　　　　/s/ JOHN MEYER
　　　　　　　　　　　　　　　　JOHN MEYER
　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　IVAN ISHO

**ORDER**

IT IS SO ORDERED.

Dated:　**February 27, 2020**　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE