UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>IVAN ISHO,<br><br>　　　　　　　　　Defendant. | Case No. 18-CR-00233-DAD<br><br>_____<br><br>**ORDER** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sealed portion of the transcript from the competency hearing on October 29, 2021, and the sealed transcript from the *Marsden* hearing held on November 15, 2021 shall be unsealed as to counsel for defendant Ivan Isho only and provided only to defendant's counsel for the purpose of evaluating their relevance to potential appellate issues.

IT IS SO ORDERED.

　Dated:   **June 24, 2022**　　　　　　　　　　　　　　　　*Dale A. Drozd*　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1